FILED
2014 AUG 22 AM 11:02

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>ROMAN HOSSAIN,<br><br>　　　　　Defendant. | SA CR No. SACR14-00136<br><br>**I N F O R M A T I O N**<br><br>[26 U.S.C. § 7203: Willful Failure to File Tax Return] |

The United States Attorney charges:

[26 U.S.C. § 7203]

During the calendar year 2009, in Orange County, within the Central District of California, defendant ROMAN HOSSAIN, who was a resident of Laguna Beach, California, had and received gross income and was required by law, following the close of the calendar year 2009, on or before April 15, 2010, to make an income tax return to the Director, Internal Revenue Service Center, at Fresno, California, or any other proper officer of the United States, stating specifically the items of his gross

income and any deductions and credits to which he was entitled. Knowing these facts, defendant ROMAN HOSSAIN willfully failed to make an individual income tax return for calendar year 2009 to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States, within or at the time required by law and regulation.

STEPHANIE YONEKURA
Acting United States Attorney

*/s/ Joe M. N____ for*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

BRETT A. SAGEL
Assistant United States Attorney
Santa Ana Branch Office