UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:14-CR-00136          Recorder: CS 08/27/2014          Date: 08/27/2014

Present: The Honorable Jay C. Gandhi, U.S. Magistrate Judge

Court Clerk: Kristee Hopkins                    Assistant U.S. Attorney: Yasin Mohammad

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ROMAN HOSSAIN  Summons | Mark Werksman  Ret'd | | |

PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE AND INITIAL APPEARANCE.

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Information.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant's first appearance.
Waiver of Indictment submitted, accepted by the court and filed.

Defendant pleads not guilty to all counts in the Information.

Class A Misdemeanor case.
This case is assigned to the calendar of District Judge John A. Kronstadt.
It is ordered that the following date(s) and time(s) are set:
  Jury Trial October 21, 2014 at 9:00 AM
  Pre-trial Conference October 7, 2014 at 8:30 AM
  Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are advised of the judge's discovery requirements.

Counsel are referred to the assigned judge's trial/discovery order located on the Court's website, Judges' Procedures and Schedules.

Trial estimate: 4-5 days.

Due to the exhaustion of the Santa Ana Criminal Deck, this case was randomly assigned to District Judge John A. Kronstadt. A Notice of Related Case has been filed as to SA CR13-224-JVS. Defendant is ordered released on bond O/R under the same terms and conditions previously set in case number SA CR13-224-JVS.

First Appearance/Appointment of Counsel: : 03
PIA: 00 : 03
Initials of Deputy Clerk: kh

cc: Statistics Clerk, PSALA PSASA, USMSA