Mark J. Werksman, Esq. (State Bar No. 120767)
WERKSMAN JACKSON HATHAWAY & QUINN LLP
888 West Sixth Street, Fourth Floor
Los Angeles, California  90017
Telephone: (213) 688-0460
Facsimile: (213) 624-1942
Email: mwerksman@werksmanjackson.com

Attorneys for Defendant
ROMAN HOSSAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROMAN HOSSAIN,<br><br>Defendant. | CASE NO.  SACR 13-00224-JVS-3<br>SACR 14-00136-JVS<br><br>STIPULATION TO ALLOW DEFENDANT ROMAN HOSSAIN TO TRAVEL TO MIAMI, FLORIDA; [PROPOSED] ORDER |

Defendant Roman Hossain, by and through his counsel, Werksman Jackson Hathaway & Quinn LLP, and Plaintiff United States of America, by and through its counsel, Assistant United States Attorney Scott Tenley, hereby agree and stipulate to allow Mr. Hossain to travel to Miami, Florida for business to comply with a contractual obligation between himself and DraftKings requiring him to appear at their World Championships event being held from March 15, 2017 to March 19, 2017. Mr. Hossain agrees to provide 50 percent of compensation received from DraftKings at this event to the United States District Court to be applied toward any outstanding restitution. Mr. Hossain would depart Los Angeles, California on March 14, 2017 and return on March 19, 2017.

Mr. Hossain agrees to submit his travel itinerary to Pre-trial Services at least 48 hours prior to his departure and will contact Pre-trial Services upon 24 hours of his return. All other terms and conditions of his pre-trial release shall remain intact.

Assistant United States Attorney Scott Tenley does not oppose Mr. Hossain's request. Pre-trial Services does not object to this request.

IT IS SO STIPULATED.

Date: March 10, 2017

Respectfully submitted,

Werksman Jackson
Hathaway & Quinn LLP

By:

Mark J. Werksman
Attorney for Defendant
Roman Hossain

Date: March _10_, 2017

United States Attorney's Office

By:

S/SCOTT TENLEY

Scott Tenley
Assistant United States Attorney
Attorneys for Plaintiff
United States of America