**Mark J. Werksman, Esq. (State Bar No. 120767)**
**WERKSMAN JACKSON HATHAWAY & QUINN LLP**
**888 West Sixth Street, Fourth Floor**
**Los Angeles, California  90017**
**Telephone: (213) 688-0460**
**Facsimile: (213) 624-1942**
**Email: mwerksman@werksmanjackson.com**

**Attorneys for Defendant**
ROMAN HOSSAIN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROMAN HOSSAIN,<br><br>            Defendant. | CASE NO.  SACR 13-00224-JVS-3<br>                       SACR 14-00136-JVS<br><br>**[PROPOSED] ORDER TO ALLOW DEFENDANT ROMAN HOSSAIN TO TRAVEL TO MIAMI, FLORIDA** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant Roman Hossain shall be allowed to travel to Miami, Florida for business to comply with a contractual obligation between himself and DraftKings requiring him to appear at their World Championships event being held from March 15, 2017 to March 19, 2017. Mr. Hossain agrees to provide 50 percent of compensation received from DraftKings at this event to the United States District Court to be applied toward any outstanding restitution. Mr. Hossain will depart Los Angeles, California on March 14, 2017 and return on March 19, 2017.

/ / /

/ / /

/ / /

Mr. Hossain agrees to submit his travel itinerary to Pre-trial Services at least 48 hours prior to his departure and will contact Pre-trial Services upon 24 hours of his return. All other terms and conditions of his pre-trial release shall remain intact.

IT IS SO ORDERED.

Dated: March ___, 2017

_____
Honorable James V. Selna
United States District Judge